# EXHIBIT A

# Affidavit of William D. Deutchman

STATE OF OHIO

COUNTY OF CUYAHOGA

### AFFIDAVIT OF WILLIAM D. DEUTCHMAN
### AND STATEMENT GIVEN UNDER BANKRUPTCY RULES 2014 AND 5007

**PERSONALLY APPEARED**, before me, an officer duly authorized by law to administer oaths, **WILLIAM D. DEUTCHMAN**, who after first being sworn states as follows:

That I am a "disinterested person" as defined in 11 U.S.C. § 101(13) and do not have any interest adverse to this Estate. My principal address is at 28650 Fairmount Boulevard, Pepper Pike, Ohio 44124.

I am qualified to act as Collection Agent for Debtor for the sole purpose of recovering unclaimed funds in one or more states. I have familiarity with unclaimed funds research services and claims requirements and procedures and believe I have found unclaimed funds to which the Vern Edwin Fowler bankruptcy estate may he entitled in an amount slightly less than $14,000.00.

That neither I nor any person with whom I am associated in my business is a relative by blood or marriage of any Bankruptcy Judge of the Northern District of Georgia.

That neither I nor any person with whom I am associated in my business has any connection with the above named Debtor, any creditors or any persons in interest, their respective attorney's and Collection Agents, the U.S. Trustee or any person employed by the Office of the U.S. Trustee nor the Judge herein.

That neither I nor any person with whom 1 am associated in my business represent any adverse interest to that of the Estate in matters upon which I am to be engaged.

That I have no agreement or understanding with any person for the sharing of any

That I shall serve as Collection Agent tier Trustee herein for this limited purpose on a contingency fee basis of thirty percent (30%) of any gross recovery plus reimbursement of out-of-pocket expenses incurred.

I further acknowledge that my fees and expenses shall be payable only in the event of successful collection by this Estate of these unclaimed funds as an asset of this Estate and upon filing of an appropriate fee application.

FURTHER AFFIANT SAYETH NAUGHT

                                              **WILLIAM D. DEUTCHMAN**
                                              Affiant

Sworn to and subscribed before me this 26th day of November, 2012.



NOTARY PUBLIC

**JEFFREY KIEL,** Notary Public
In and for the State of Ohio
My Commission Expires June 22, 2015